**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

AMERICAN FIDELITY
ASSURANCE COMPANY,

      Plaintiff,

v.                                                  CV No. 17-979 GBW/CG

RICHARD HUMPHREYS,
*as Personal Representative of the*
*Estate of George Bernard Humphreys*, et al.,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, March 6, 2018, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE