**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

AMERICAN FIDELITY
ASSURANCE COMPANY,

    Plaintiff,

v.                                        CV No. 17-979 GBW/CG

RICHARD HUMPHREYS,
*as Personal Representative of the
Estate of George Bernard Humphreys*, et al.,

    Defendants.

## **ORDER TO FILE STATUS REPORT**

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a status report regarding the status of service on the estate of Defendant Brenda Evans no later than **April 6, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE