**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

AMERICAN FIDELITY
ASSURANCE COMPANY,

      Plaintiff,

v.                                                                 CV No. 17-979 GBW/CG

RICHARD HUMPHREYS,
*as Personal Representative of the
Estate of George Bernard Humphreys*, et al.,

      Defendants.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. At the April 18, 2018, hearing on Plaintiff's *Motion for Substitution and Amendment of Complaint by Interlineation*, Plaintiff stated it would file a motion to amend the Complaint to name the heir or personal representative of Defendant Evans' estate. (Doc. 23 at 2-3). The Court then denied the motion for substitution. (Doc. 22). Nothing further has been filed in this case. **IT IS HEREBY ORDERED** that the parties shall file a status report regarding the status of this case no later than **July 31, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE