IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMERICAN FIDELITY
ASSURANCE COMPANY,

    Plaintiff,

v.                                                 CV No. 17-979 GBW/CG

RICHARD HUMPHREYS,
*as Personal Representative of the*
*Estate of George Bernard Humphreys*, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT IN INTERPLEADER

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion for Leave to File First Amended Complaint in Interpleader*, (Doc. 25), filed July 30, 2018. Plaintiff seeks to name Floyd Michael Ison, as Sole Surviving Heir of Brenda Evans, and John/Jane Does 1-5, as defendants in this matter instead of Brenda Evans. Having reviewed the motion, noting that it is unopposed, and being otherwise fully advised, the Court Finds that the motion is well taken and should be **GRANTED**.

It is therefore **ORDERED** as follows:

1.    *Plaintiff's Unopposed Motion for Leave to File First Amended Complaint in Interpleader*, (Doc. 25), is hereby **GRANTED**.

2.    Plaintiff shall file its First Amended Complaint by **August 10, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE