IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMERICAN FIDELITY
ASSURANCE COMPANY,

    Plaintiff,

v.                                    CV No. 17-979 GBW/CG

RICHARD HUMPHREYS,
*as Personal Representative of the*
*Estate of George Bernard Humphreys*, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## TO SERVE JOHN/JANE DOE DEFENDANTS BY PUBLICATION

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion to Serve John/Jane Doe Defendants by Publication*, (Doc. 30), filed August 21, 2018. Having reviewed the motion, noting that it is unopposed, and being otherwise fully advised, the Court finds that the motion is well-taken and should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff may serve the John/Jane Does named in its First Amended Complaint in Interpleader by publishing the notice attached to its Motion. (Doc. 30-1). Publication shall be once each week for three (3) consecutive weeks, in newspapers of general circulation published in Artesia, New Mexico, and Lubbock, Texas. Plaintiff shall provide proof of such publication, including a copy of the Summons as published, showing how and when it was executed, to this Court by filing with the Clerk of this Court an affidavit of such service.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE